UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: KAREN MOORE                                    CASE NO. 04-61848-LK

DEBTOR(S)                                             CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor(s) filed for relief under Chapter 13 on Fri Aug 13, 2004. The Court confirmed the Debtor's(s') plan on March 21, 2005. The Debtor(s) completed payments under the plan on August 19, 2008.

2. GE CAPITAL CONSUMER CARD CO, (the "Creditor") filed a proof of claim in this case. Disbursement checks to this creditor have been returned to the Trustee's office. The Trustee has attempted to locate the creditor but has been unsuccessful in his attempts.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the creditor has failed to negotiate its distribution checks.

4. The Trustee's check for $ 232.52, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| GE CAPITAL CONSUMER CARD CO<br>PO BOX 52051<br><br>PHOENIX ARIZONA 850722051 | $ 232.52 |

Dated: September 8, 2008                /s/RAY HENDREN
                                        Ray Hendren, Chapter 13 Trustee
                                        8310 CAPITAL OF TX HWY N, SUITE 475
                                        AUSTIN TX 78731
                                        (512) 474-6309

```
                  UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF TEXAS /  WACO  DIVISION

IN RE:                                        CASE NO. 04-61848-LK
KAREN MOORE                                   CHAPTER 13


                         CERTIFICATE OF SERVICE
                         ----------------------

     I, RAY HENDREN, CHAPTER 13 TRUSTEE, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT WAS SERVED UPON THE FOLLOWING
PARTIES VIA ELECTRONIC MEANS AS LISTED ON THE COURT'S ECF NOTICING SYSTEM OR BY
REGULAR MAIL ON September 8, 2008 .

-------------------------------------------------------------------------------
KAREN MOORE                         JOHN HAND
                                    405 N 7TH ST
3528 ETHEL
                                    WACO TX 76701-1333
WACO TX 76707
-------------------------------------------------------------------------------
U.S. TRUSTEE                        GE CAPITAL CONSUMER CARD CO
903 SAN JACINTO                     PO BOX 52051
SUITE 230
AUSTIN, TX 78701                    PHOENIX ARIZONA 850722051
-------------------------------------------------------------------------------
ASCENSION CAPITAL GROUP INC
RAMSEY LAW FIRM
PO BOX 201347
ARLINGTON TX 760060000
-------------------------------------------------------------------------------



                         SIGNED:   /s/RAY HENDREN_____
                                   RAY HENDREN, CHAPTER 13 TRUSTEE

fg317/bmf                ON:  September 8, 2008
rev 8/05
```