UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN THE MATTER OF:                                             CHAPTER 13

HOWARD D         WILLIAMS
JANE M           WILLIAMS

FILED MAY 15 2003 U.S. BANKRUPTCY COURT BY ____ DEPUTY

DEBTOR(S)                                          CASE NO.: 99-5-0193-C

APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES THE TRUSTEE AND MOVES THE COURT FOR AN ORDER AUTHORIZING THE TRUSTEE TO PAY UNCLAIMED FUNDS REMAINING IN THE ESTATE DUE TO FAILURE OF CREDITORS TO NEGOTIATE DIVIDEND CHECKS WITHIN NINETY (90) DAYS AFTER FINAL DISTRIBUTION AS PROVIDED IN SECTION 347 OF THE BANKRUPTCY CODE. FURTHER, IN COMPLIANCE WITH RULE 3011 OF THE RULES OF BANKRUPTCY PROCEDURE THE TRUSTEE FILES THE FOLLOWING LIST OF ALL KNOWN NAMES AND ADDRESSES OF OF THE PERSONS AND THE AMOUNTS WHICH THEY ARE ENTITLED TO PAID FROM THE ESTATE.

NAME AND ADDRESS                                   AMOUNT OF
OF CREDITOR                                             DIVIDEND CHECK

GE CAPITAL
5775 GLENDRIDGE DR BLDG E #300
ATLANTA GA
30328

                                                      TOTAL $535.87

WHEREFORE, THE TRUSTEE MOVES THE COURT FOR AN ORDER AUTHORIZING THE TRUSTEE TO PAY SAID MONEY TO THE CLERK OF THE COURT FOR DEPOSIT OR WITHDRAWAL AS PROVIDED BY 28 U.S.C. SECTIONS 2041 AND 2042.

                                                      MARION A. OLSON, JR., TRUSTEE
                                                      1020 NE LOOP 410 #800
                                                      SAN ANTONIO TEXAS 78209

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN THE MATTER OF:     CHAPTER 13

HOWARD D WILLIAMS
JANE M WILLIAMS

**FILED MAY 1 5 2003**
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

DEBTOR(S)     CASE NO.: 99-5-0193-C

ORDER AUTHORIZING PAYMENT OF
UNCLAIMED MONEYS INTO THE COURT

THE APPLICATION OF THE TRUSTEE TO PAY INTO THE COURT UNCLAIMED MONEYS OF THE ESTATE REMAINING IN THE TRUSTEE'S ACCOUNT DUE TO FAILURE OF CREDITORS TO NEGOTIATE DIVIDEND CHECKS PAYABLE TO THEM AS HEREINAFTER DESCRIBED IS SUSTAINED.

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF DIVIDEND CHECK |
|---|---|
| GE CAPITAL<br>5775 GLENDRIDGE DR BLDG E #300<br>ATLANTA GA<br>30328 | PAID 80852<br>TOTAL $535.87 |

THE TRUSTEE IS AUTHORIZED TO PAY SAID MONEYS TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR DEPOSIT OR WITHDRAWAL AS PROVIDED BY 28 U.S.C. SECTION 2041 AND 20 U.S.C. SECTION 2042.

DATED: 5-15-03

BY THE COURT

*Rebecca Gomez*
Deputy Clerk