UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 3 0 2007
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE: ISIDRO A MONTEZ  CASE NO. 02-13287-FM
NORA C MONTEZ
DEBTOR(S)  CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Deborah Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor(s) filed for relief under Chapter 13 on Fri Aug 23, 2002. The Court confirmed the Debtor's(s') plan on July 28, 2003 .

2. GE CAPITAL , (the "Creditor") filed a proof of claim in the above-referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $ 336.41 , payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| GE CAPITAL PO BOX 103104 ROSWELL GA 30076 | $ 336.41 |

Deborah Langehennig, Chapter 13 Trustee
3801 Capital of Texas Hwy. (S.,) Suite 320
Austin, Texas 78704
(512) 912-0305

```
                    UNITED STATES BANKRUPTCY COURT
             WESTERN DISTRICT OF TEXAS / AUSTIN DIVISION

IN RE:                                      CASE NO. 02-13287 FM
ISIDRO A MONTEZ                             CHAPTER 13
NORA C MONTEZ

                        CERTIFICATE OF SERVICE
                        ----------------------

     I, DEBORAH LANGEHENNIG, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT
HAS BEEN MAILED BY US MAIL TO THE DEBTOR(S), DEBTOR(S)' ATTORNEY OF RECORD,
AND ALL CREDITORS AT THE ADDRESSES LISTED BELOW ON March 27, 2007    .
```

---

| | |
|---|---|
| ISIDRO A MONTEZ<br>NORA C MONTEZ<br>1303 SHELTIE LANE<br><br>ROUND ROCK TX 78664 | CANTU & HICKSON<br>4833 SPICEWOOD SPRINGS RD #200<br>AUSTIN TX 78759 |
| U.S. TRUSTEE<br>903 SAN JACINTO<br>SUITE 230<br>AUSTIN TX  78701 | |

```
                         /s/ Deborah Langehennig
             SIGNED: _____
                     DEBORAH LANGEHENNIG, CHAPTER 13 TRUSTEE

                         ON: March 27, 2007

                                                      !&COSN99&!
```